THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD F. BERKEY et al., Appellants, against BERNARD H. FOLEY, Constituting the Board of Assessors of the Village of North Tarrytown, et al., Respondents.

(Submitted June 10, 1935; decided July 11, 1935.)

*Angelo E. Zingaro* for motion.

*Winfield L. Morse* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

M. J. FEDERMAN Co., INC., Respondent, *v.* THE AMERICAN INSURANCE COMPANY, Appellant.

(Submitted June 10, 1935; decided July 11, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 267 N. Y. 380.)